UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-1432 MWF (Ex)**                                                Date: April 15, 2021

Title   **Anthony Bouyer v. Realty Income Properties 23, LLC, et al.**

---

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on February 17, 2021. (Docket No. 1). On April 14, 2021, Plaintiff filed a Proof of Service, reflecting personal service of the Summons, Complaint, ADA Disability Access Litigation/Application for Stay and Early Mediation Packet and other case-initiating documents on February 24, 2021. Thus, Defendant's response to the Complaint or ADA Application for Stay and Early Mediation ("ADA Application") was due March 17, 2021.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **APRIL 30, 2021**.

- ■ BY DEFENDANT Realty Income Properties 23, LLC: RESPONSE to the Complaint ("Response") or ADA APPLICATION.
    or
- ■ BY PLAINTIFF: APPLICATION FOR CLERK TO ENTER DEFAULT for Defendant Realty Income Properties 23, LLC.

///
///
///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-1432 MWF (Ex)**                                                  Date:  April 15, 2021

Title             **Anthony Bouyer v. Realty Income Properties 23, LLC, et al.**

     No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

     IT IS SO ORDERED.

     Initials of Preparer:  RS/sjm